UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE THE SEIZURE OF BANK OF AMERICA CHECKING ACCOUNT NUMBER 03463606143, et al. | : Hon. Cathy L. Waldor<br>: Mag. No. 12-7182 (CLW)<br>   Mag. No. 12-7183 (CLW)<br>: Mag. No. 12-7184 (CLW)<br>   Mag. No. 12-7185 (CLW)<br>   Mag. No. 12-7186 (CLW)<br>   Mag. No. 12-7187 (CLW)<br>   Mag. No. 12-7188 (CLW)<br>   Mag. No. 12-7189 (CLW)<br>   Mag. No. 12-7190 (CLW)<br>   Mag. No. 12-7191 (CLW)<br>   Mag. No. 12-7192 (CLW)<br>   Mag. No. 12-7193 (CLW)<br>   Mag. No. 12-7194 (CLW) |

### UNSEALING ORDER

These matters having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing) for an Order that the above-captioned Seizure Warrants and related documents in the above-captioned matters be unsealed as a result of the Seizure Warrants being executed, all relevant evidence being seized, and for discovery; and for good cause shown,

IT IS ON this _____ day of October, 2012;

ORDERED that the Seizure Warrants and related documents in the above-captioned matters are unsealed.

_____
HON. CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE